IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE PILTZ,                                          No. C 09-02716 SBA (PR)

          Petitioner,                         **JUDGMENT**

  v.

B. CURRY, Warden,

          Respondent.

_____/

      For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

      IT IS SO ORDERED.

DATED: 2/9/11 _____          _____
                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LESLIE PILTZ,

        Plaintiff,

  v.

B. CURRY et al,

        Defendant.

_____/

Case Number: CV09-02716 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie Piltz D58060
Correctional Training Facility - Central
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 11, 2011

               Richard W. Wieking, Clerk
               By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Piltz2716.jud.wpd        2